IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AXIS CONSTRUCTION CORP. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 02-3017 |
| | : | |
| LANDMARK BUILDING SYSTEMS, INC. and DOUGLAS GEORGE, | : | |
| | : | |
| Defendants; | : | |
| | : | |
| and | : | |
| | : | |
| JOHN J. DELANEY, JR., ESQUIRE and FRANCIS X. CLARK, | : | |
| | : | |
| Nominal Defendants. | : | |

## RETURN OF SERVICE

TO THE CLERK OF COURT:

      Kindly file the attached Returns of Service of Complaint on Douglas George, Landmark Building Systems, Inc., and Francis X. Clark in the above-captioned case.

      Respectfully Submitted,

_____
David R. Moffitt
Attorney I.D. No. 47256
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA  19102
(215) 972-7162

Dated:                                                                                 Attorneys for Plaintiff
                                                                                                                                     Axis Construction Corp.

673036.1 7/22/02

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Return of Service was served by United States first class mail, postage prepaid, this \_\_\_\_th day of June 2002 on the following:

Francis X. Clark, Esquire
The Woods, Suite 705
987 Old Eagle School Road
Wayne, Pennsylvania  19087
*Attorney for Defendants Landmark Building Systems, Inc.,*
*Douglas George and Francis X. Clark, Esquire*

John J. DeLaney, Jr., Esquire
Cooper, Rose & English, LLP
480 Morris Avenue
Summit, NJ  07902-1527
*Nominal Defendant*

_____
David R. Moffitt