**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AXIS CONSTRUCTION CORP. | : | CIVIL ACTION |
|     Plaintiff | : | |
| vs. | : | |
| | : | |
| LANDMARK BUILDING SYSTEMS, | : | |
| INC. and | : | NO. 02-CV-3017 |
| DOUGLAS GEORGE | : | |
|     Defendants | : | |
| and | : | |
| JOHN J. DELANEY, JR., ESQUIRE and | : | |
| FRANCIS X. CLARK, ESQUIRE | : | |
|     Nominal Defendants | : | JURY TRIAL DEMANDED |
| | : | |
| vs. | : | |
| | : | |
| HUMMER EQUIPMENT CO., INC., | : | |
| TOWN SUPPLY COMPANY, INC. and | : | |
| PIONEER WINDOWS, INC. | : | |
|     Third Party Defendants | : | |

**ENTRY OF APPEARANCE**

To the Clerk of Courts:

    Please enter the appearance of the undersigned, Stephen L. Grose for law firm of Keefer Wood Allen & Rahal, LLP as counsel for third-party defendant, Hummer Equipment Co., Inc.

                                                                 Respectfully submitted,

                 KEEFER WOOD ALLEN & RAHAL, LLP

Dated: July _____, 2002    By_____
                 STEPHEN L. GROSE
                 Attorney I.D. #31006
                 210 Walnut Street
                 P.O. Box 11963
                 Harrisburg, PA  17108-1963
                 (717) 255-8052

## CERTIFICATE OF SERVICE

I, Stephen L. Grose, Esquire, one of the attorneys for defendant, Hummer Equipment Co., Inc., hereby certify that I have served the foregoing paper upon counsel of record this date by depositing a true and correct copy of the same in the United States mail, first-class postage prepaid, addressed as follows:

>Francis X. Clark, Esquire
>Francis X. Clark, PC
>The Woods, Suite 705
>987 Old Eagle School Road
>Wayne, PA 19087
>
>David R. Moffitt, Esquire
>Saul Ewing, LLP
>Centre Square West, 38th Floor
>1500 Market Street
>Philadelphia, PA 19102
>
>John J. DeLaney, Jr., Esquire
>Cooper Rose & English, LLP
>480 Morris Avenue
>Summit, NJ 07901-1527

>KEEFER WOOD ALLEN & RAHAL, LLP


>By_____
>      Stephen L. Grose

Dated: July ____, 2002