IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AXIS CONSTRUCTION CORP. | : CIVIL ACTION |
| Plaintiff | : |
| v. | : |
| | : |
| LANDMARK BUILDING SYSTEMS, INC. and | : |
| DOUGLAS GEORGE | : NO. 02-cv-3017 |
| Defendants | : |
| and | : |
| JOHN J. DELANEY, JR., ESQUIRE and FRANCIS X. CLARK, ESQUIRE | : |
| Nominal Defendants | : JURY TRIAL DEMANDED |
| | : |
| v. | : |
| | : |
| HUMMER EQUIPMENT CO., INC., TOWN SUPPLY COMPANY, INC. and PIONEER WINDOWS, INC. | : |
| Third Party Defendants | : |

### RESPONSE OF DEFENDANT, LANDMARK BUILDING SYSTEMS, INC., FOR ADMISSION OF COUNSEL FOR PIONEER WINDOWS, INC., PRO HAC VICE

TO THE CLERK:

Defendant and Third Party Plaintiff, Landmark Building Systems, Inc., does not oppose the Motion of Third Party Defendant, Pioneer Windows, for admission of its counsel, Charles R. Pierce, Jr., Esquire, pro hac vice.

1

                                    FRANCIS X. CLARK, P.C.

DATE:

                                BY:_____
                                    Francis X. Clark

987 Old Eagle School Road, Suite 705
Wayne, PA 19087
610-225-2372

Attorneys for Defendant and
Third Party Plaintiff,
 Landmark Building Systems, Inc.

## CERTIFICATE OF SERVICE

I, Francis X. Clark, hereby certify that I have served a true and correct copy of the foregoing upon counsel for Plaintiff this date by first-class mail, postage prepaid, addressed as follows:

David R. Moffitt, Esquire
SAUL, EWING, LLP
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, PA 19102

Stephen L. Grose, Esquire
KEEFER WOOD ALLEN & RAHAL, LLP
P.O. Box 11963
Harrisburg, PA 17108-1963

Edward Seglias, Esquire
COHEN, SEGLIAS, PALLAS,
  GREENHALL & FURMAN
1515 Market Street, 11th Floor
Philadelphia, PA 19102

Drew S. Dorfman, Esquire
FINEMAN & BACH, P.C.
1608 Walnut Street, 19th Floor
Philadelphia, PA 19103-5413

DATE:                                             _____
                                                  Francis X. Clark