IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AXIS CONSTRUCTION CORP. | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-CV-3017 |
| LANDMARK BUILDING SYSTEMS, INC. and DOUGLAS GEORGE | : |
| Defendants; | : |
| and | : |
| JOHN J. DELANEY, JR., ESQUIRE and FRANCIS X. CLARK, ESQUIRE, | : |
| Nominal Defendants. | : |
| v. | : |
| HUMMER EQUIPMENT CO., INC., TOWN SUPPLY COMPANY, INC., and PIONEER WINDOWS, INC. | : |
| Third Party Defendants. | : |

**RESPONSE OF PLAINTIFF AXIS CONSTRUCTION CORP.
FOR ADMISSION OF COUNSEL FOR
<u>PIONEER WINDOWS, INC., PRO HAC VICE</u>**

TO THE CLERK:

Plaintiff Axis Construction Corp. does not oppose the Motion of Third Party Defendant Pioneer Windows, Inc., for admission of its counsel, Charles R. Pierce, Jr., Esquire, pro hac vice.

689620.1 9/5/02

-2-

          Respectfully submitted,


          _____
          David R. Moffitt
          Jeffrey M. Viola
          Saul Ewing LLP
          1500 Market Street
          38th Floor, Centre Square West
          Philadelphia, PA  19102
          (215) 972-7777

          Attorneys for Plaintiff

-3-

## CERTIFICATE OF SERVICE

I, David R. Moffitt, Esquire, hereby certify that I caused to be served, by First Class Mail, postage prepaid, Plaintiff's Response for Admission of Counsel for Pioneer Windows, Inc., Pro Hac Vice, on the parties listed below.

| | |
|---|---|
| Francis X. Clark, Esquire<br>987 Old Eagle School Road<br>Suite 705<br>Wayne, PA  19087 | Stephen L. Grose, Esquire<br>Keefer Wood Allen & Rahal, LLP<br>P.O. Box 11963<br>Harrisburg, PA  17108-1963 |
| John J. Delaney, Esquire<br>Cooper, Rose & English, LLP<br>408 Morris Avenue<br>Summit, NJ  07901-1527 | Edward Seglias, Esquire<br>Cohen, Seglias, Pallas, Greenhall<br>  & Furman<br>1515 Market Street, 11th Floor<br>Philadelphia, PA  19102 |
| Drew S. Dorfman, Esquire<br>Fineman & Bach, P.C.<br>1608 Walnut Street, 19th Floor<br>Philadelphia, PA  19103-5413 | |

_____
David R. Moffitt

Dated: