IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AXIS CONSTRUCTION CORP. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANDMARK BUILDING SYSTEMS, | : | NO. 02-3017 |
| INC., et al. | : | |

**O R D E R**

    AND NOW, this 22nd day of October, 2002, IT IS HEREBY ORDERED that a telephonic settlement conference in the above-captioned matter will be conducted before the undersigned on **MONDAY, NOVEMBER 4, 2002 at 3:00 p.m.**

    The senior attorney in charge of the matter for each of the parties is required to participate in the conference. THE COURT WILL INITIATE THE CONFERENCE CALL.

_____
DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:
  D. Moffitt, Esq.; F. Clark, Esq.; D. Dorfman, Esq.;
  E. Seglias, Esq.; S. Grose, Esq.

Copies mailed to: