IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AXIS CONSTRUCTION CORP., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANDMARK BUILDING | : | |
| SYSTEMS, INC., et al., | : | No. 02-3017 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this       day of **October, 2002**, it is hereby **ORDERED** that:

Third-Party Defendant Hummer Equipment Company, Incorporated's Motion to Dismiss (Document No. 15) is **DENIED** as moot.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**