IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AXIS CONSTRUCTION CORP.
:

vs.  :  Civil Action

:  No. 02-CV-3017

LANDMARK BUILDING SYSTEMS, INC.,
ET AL.

**O R D E R**

      **AND NOW**, this 29th day of October, 2002, it having been reported that the issues among **Axis Construction Corporation, Landmark Building Systems, Inc., and Hummer Equipment Co., Inc.** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs , as to the above named parties only.

BY THE COURT:

_____
Berle M. Schiller, J.