IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AXIS CONSTRUCTION CORP., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANDMARK BUILDING | : | |
| SYSTEMS, INC., et al., | : | No. 02-3017 |
| Defendants. | : | |

## ORDER

**AND NOW**, this       day of **February, 2003**, it is hereby **ORDERED** that:

1. Paragraph 2 of the Court's Order of January 8, 2003 is **AMENDED** to state as follows: "A bench trial in the above captioned case is set for **Wednesday, April 16, 2003** at **8:30 a.m.** in Courtroom 5C."

2. Defendant Landmark Building Systems, Inc.'s Motion for Enlargement of Time of Trial Scheduling Order (Document No. 31) is **DENIED** as moot.

BY THE COURT:

_____
**Berle M. Schiller, J.**