February 5, 2003

David R. Moffitt, Esquire
SAUL EWING, LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

     Re: AXIS Construction Corp. v. Landmark Building Systems, Inc.

Dear Mr. Moffitt:

     Please be advised that the records which you requested at my client's depositions will be made available for your inspection at the offices of Landmark Building Systems, Inc. in Pottstown, PA as of Monday, February 10, 2003.

     Please let me know, as soon as possible, as to when your client will provide the documents requested in our First and Second Request for Production and at the depositions of John Buongiorno, Robert Whilborg and Ralph Lambert.

     Thank you for your cooperation in this regard.

     Very truly yours,


     Francis X. Clark

FXC:rfc (moffit2.05)
     (2051.006)

cc: Landmark Building Systems, Inc. (via fax)

ORIGINAL SENT BY FAX TRANSMISSION