March 3, 2003

David R. Moffitt, Esquire
SAUL EWING, LLP
Center Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

      Re: AXIS Construction Corp.v. Landmark Building Systems, Inc., et al.

Dear Mr. Moffitt:

    I am re-sending herewith our requests for your clients to produce documents in the above case as follows:

    1.)     Landmark first Request for Production of Documents served December 27,2002

    2.)     Landmark second Request for Production of Documents served December 30, 2002

    3.)     Letter of January 24, 2003 to follow up requests at deposition of Axis representatives

    You indicated that you would have these documents delivered to your office for my review by the end of this week.

    I have likewise agreed to have my client's files for this project, and the specific records you have requested available for your inspection here at my office this week.

   Please let me know when your client's records will be available.  Thank you for your cooperation in this regard

        Very truly yours,


        Francis X. Clark

FXC:jae (moffit3.03)
  (2051.006)

cc: Landmark Building Systems, Inc. (via fax, w/o enc.)


ORIGINAL SENT BY FAX TRANSMISSION