IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AXIS CONSTRUCTION CORP. | : | CIVIL ACTION |
| v. | : | |
| LANDMARK BUILDING SYSTEMS, INC., et al. | : | NO. 02-3017 |

### O R D E R

AND NOW, this 1st day of April, 2003, IT IS HEREBY ORDERED that a settlement conference in the above-captioned matter will be conducted before the undersigned on **FRIDAY, APRIL 11, 2003 at 2:00 p.m.**

_____ The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person.

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

Copies faxed to:
 D. Moffitt, Esq.; F. Clark, Esq.

Copies mailed to: