IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AXIS CONSTRUCTION CORP. | : | CIVIL ACTION |
| vs. | : | |
| LANDMARK BUILDING SYSTEMS, INC., et al. | : | NO. 02-3017 |

**O R D E R**

**AND NOW**, this      day of April, 2003, it is hereby **ORDERED** that the above-captioned case is SPECIALLY LISTED for trial to commence on **Wednesday, April 16, 2003** at **8:30 A. M.** in Courtroom 5C, U.S. Courthouse, 601 Market Street, Philadelphia, PA. Trial is expected to last three (3) days. Counsel was advised of this trial date by the Court's order of February 14, 2003, a copy of which is attached.

Trial counsel are:     David R. Moffitt, Esq. and Francis X. Clark, Esq.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

cc:     Counsel
        Thomas J. Clewley, Administrative Services Manager