IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AXIS CONSTRUCTION CORP.         :        CIVIL ACTION
                                :
    vs.                         :
                                :        NO. 02-3017
LANDMARK BUILDING SYSTEMS, INC.

O R D E R

      **AND NOW, TO WIT:** This 11th day of April, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
      Patricia A. Callahan
      Deputy Clerk to
      Hon. Berle M. Schiller

Civ 2 (7/95)
41(b).frm